T. E. JOHNSON V. ANDERSON RANCA.

(No. 508, Op. Book No. 2, p. 23.)

APPEAL from Harrison County.   Opinion by WINK-LER, J.

The opinion in this case being a construction of the rights of parties, under the act of April 2, 1874, with re-. gard to suits upon sworn accounts [Gen. Laws 1874, p. 52], and the law having been materially changed by recent legislation [Acts 18th Leg. p. 110], we deem it unnecessary to report the opinion,. which may be found published in full in vol. 2, Tex. Law J., p. 276.